# Court of Appeals
# of the State of Georgia

ATLANTA,  July 10, 2012

*The Court of Appeals hereby passes the following order:*

## A12D0438.  ALMA R. CUTTINO v. MICHAEL J. THURMOND, et al.

Alma R. Cuttino appealed to superior court from the decision of the Georgia Department of Labor, which denied her claim for unemployment compensation.  The superior court affirmed the decision on July 7, 2010.  Cuttino has filed several motions for reconsideration from this ruling, including one filed on July 5, 2011.  By order dated July 18, 2011, the superior court dismissed the motion for reconsideration on the basis that it no longer had jurisdiction.  On June 19, 2012, Cuttino filed this application for discretionary appeal.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  See OCGA § 5-6-35 (d).  Here, however, Cuttino filed her application 337 days after the trial court's order denying the motion for reconsideration and thus it is untimely.  Furthermore, Cuttino had no right to appeal the order denying her motion for reconsideration, which is not an appealable order. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  Although Cuttino had a right to seek appellate review of the trial court's July 7, 2010, order affirming the decision of the Department of Labor, her filing of a motion for reconsideration did not extend the time in which she could seek review.  See id.  For these reasons, we lack jurisdiction to consider this application for discretionary appeal, which is hereby DISMISSED. See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __07/10/2012__
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*